UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SABINE LIEWALD,

                Plaintiff,

    -v-

APPLE, INC. ET AL.,

                Defendants.

------------------------------------------------------------------X

12 Civ. 7566 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

       On January 2, 2013, the Court received the attached letter indicating that the parties have agreed to a settlement in principle of all claims. Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

       The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 3, 2013
       New York, New York

                                       JESSE M. FURMAN
                                       United States District Judge



**DAVIS & GILBERT LLP**
ATTORNEYS AT LAW

1740 Broadway        T: 212.468.4800        www.dglaw.com
New York, NY 10019   F: 212.468.4888

Direct Dial: 212.468.4853
Personal Fax: 212.974.6959
Email: gcohen@dglaw.com

January 2, 2013

**BY E-MAIL**

The Honorable Jesse M. Furman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Liewald v. Apple, Inc., et al.*, 12-CV-7566 (JMF)

Dear Judge Furman:

      This firm represents defendant Apple Inc. ("Apple") in the above-referenced action. We write to inform the Court that the parties have reached an agreement in principle to resolve this lawsuit and expect to file shortly a Notice of Dismissal terminating the action with prejudice. Accordingly, Apple and plaintiff Sabine Liewald jointly request that the Court cancel the initial pretrial conference, which is scheduled for January 9, 2013, and relieve the parties of their obligations relating to the conference as set forth in the Notice of Initial Pretrial Conference, dated November 8, 2012. Thank you for your consideration of this request.

Very truly yours,

Guy R. Cohen

cc: Dan Nelson, Esq. (by e-mail)